[Civ. No. 17604.  Second Dist., Div. Two.  Apr. 19, 1950.]

JOHN G. WHITTINGTON, Appellant, v. ERNEST M. HILL, SR., et al., Respondents.

Chas. T. Rippy for Appellant.

Leonard Di Miceli for Respondents.

THE COURT.— It appearing that the instant appeal is from the ''Judgment and Order . . . striking the plaintiff's complaint from the records and files in said action'' etc., but that the only order in the record is the one striking the complaint which said order is nonappealable (Code Civ. Proc., § 963) ;

It is therefore ordered that the purported appeal be and is hereby dismissed.